IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BENJAMIN MICHAEL MCGONIGLE,

　　　　Appellant,

v.

Case No.  5D22-2151
LT Case No. 2022-MH-000007-A

STATE OF FLORIDA,

　　　　Appellee.
_____/

Decision filed May 16, 2023

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender,
and Ryan M. Belanger, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

　　　AFFIRMED.

WALLIS, SOUD and MACIVER, JJ., concur.